AO 91 (Rev 8/01)  Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Wil Fredis Garcia-Ortiz
AKA: Wilfredis Garcia-Ortiz

IAE  YOB: 1991
El Salvador

United States District Court
Southern District of Texas
FILED
DEC 09 2024
Nathan Ochsner, Clerk

**CRIMINAL COMPLAINT**

Case Number: M-24-2181-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about **December 7, 2024** in **Hidalgo** County, in the **Southern** District of **Texas**

The Defendant being then and there an alien who had previously been deported from the United States to El Salvador in pursuance of law, and thereafter was found near Sullivan City, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the Defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony).

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Wil Fredis Garcia-Ortiz was encountered by Border Patrol Agents near Sullivan City, Texas, on December 7, 2024. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on December 7, 2024, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on October 11, 2024, through Alexandria, Louisiana. Prior to Deportation/Exclusion, the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Complaint authorized by AUSA A. Parcell
Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

December 9, 2024   7:41 am

/s/ Juan Mendez-Soto
Signature of Complainant
Juan Mendez-Soto   Border Patrol Agent

Juan F. Alanis, U.S. Magistrate Judge
Name and Title of Judicial Officer
Signature of Judicial Officer